THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* AMBROSE ROSS, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued June 3, 1925; decided July 15, 1925.)

APPEAL from a judgment of the Nassau County Court, rendered October 10, 1924, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Frederick J. Groehl* and *Joseph Lonardo* for appellant.

*Charles R. Weeks, District Attorney (Charles I. Wood* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.